IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. CHARLOTTE BRICKHOUSE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-4596 |
| | : | |
| **SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA, SONYA BERRY,** | : | |
| **DR. MALIKA SAVOY-BROOKS** | : | |

# ORDER

AND NOW, this 31st day of May 2023, upon considering defendants' motion to dismiss (DI 9), plaintiff's response, defendants' reply, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 9) is **GRANTED IN PART** and **DENIED IN PART** as specified below.

   I. Count I (Title VII race discrimination/hostile work environment) – Defendants' motion is granted without prejudice with respect to plaintiff's race discrimination claim. Defendants' motion is denied with respect to plaintiff's hostile work environment claim.

   II. Count II (Title VII retaliation) – Defendants' motion is denied.

   III. Count III (PHRA race discrimination) – Defendants' motion is granted without prejudice.

   IV. Count IV (PHRA retaliation) – Defendants' motion is denied.

   V. Count V (ADA) – Defendants' motion is granted without prejudice.

   VI. Count VI (§ 1981 race discrimination) – Defendants' motion is granted without prejudice.

   VII. Count VII (§ 1981 retaliation) – Defendants' motion is denied.

   VIII. Count VIII (intentional infliction of emotional distress) – Defendants'

motion is granted without prejudice.

_____
**MURPHY, J.**