**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DR. CHARLOTTE BRICKHOUSE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-4596 |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA, SONYA BERRY, DR. MALIKA SAVOY-BROOKS** | : : : | |

## ORDER AND FINAL JUDGMENT

**AND NOW**, this 27th day of March 2024, upon considering defendants' motion for summary judgment (DI 29), plaintiff's response (DI 34), defendants' reply (DI 41), and the arguments made by both parties at our oral argument on defendants' motion (DI 50), it is **ORDERED** that defendants' motion is **GRANTED** as to all remaining claims. **FINAL JUDGMENT** is entered in favor of defendants. Fed. R. Civ. P. 58.

*/s/ John F. Murphy*
**MURPHY, J.**